UNITED STATES COURT OF INTERNATIONAL TRADE

```
-------------------------------------------------------x
GANTRADE CORP.,                                        :
                                                       :
                    Plaintiff,                         :  Court No. 21-00551
                                                       :
             v.                                        :
                                                       :
UNITED STATES,                                         :
                                                       :
                    Defendant.                         :
                                                       :
-------------------------------------------------------x
```

# **COMPLAINT**

Plaintiff, Gantrade Corp., through its undersigned attorneys, alleges the following as its complaint in this case:

1. The Court has jurisdiction of this action under 28 U.S.C. § 1581(a).

2. Plaintiff is the importer of record of the subject merchandise.

3. The protests and summons in this action were timely filed.

4. All liquidated duties, charges and exactions were paid prior to the commencement of this action.

5. The subject merchandise consists of Polyetramethylene Ether Glycol 2000 ("PTMEG 2000").

6. PTMEG 2000 is a synthetic wax used in the manufacture of high-performance polyurethane elastomers.

7. In its condition upon importation, PTMEG 2000 is a white, waxy solid.

8. The subject merchandise was classified upon liquidation by U.S. Customs and

Border Protection ("CBP") under subheading 3907.20.00, HTSUS (2020).

9. PTMEG 2000 is properly classifiable under subheading 3404.90.51, HTSUS.

10. Note 1 to Chapter 39, HTSUS, excludes "[w]axes of heading 2712 or 3404."

**WHEREFORE**, plaintiff respectfully requests the Court to enter judgment holding that the subject merchandise is properly classifiable under subheading 3404.90.51, HTSUS; and to order CBP to re-liquidate the subject entries with refunds of excess duties paid and with interest as provided by law; and granting such further relief as the Court deems proper.

    Respectfully submitted,

    GRUNFELD, DESIDERIO, LEBOWITZ
    SILVERMAN & KLESTADT LLP
    *Attorneys for Plaintiff*

    By: /s/ *Joseph M. Spraragen*
    Joseph M. Spraragen
    599 Lexington Avenue, FL 36
    New York, New York  10022
    Tel. (212) 557-4000
    jspraragen@gdlsk.com

Dated:  October 23, 2023
       New York, New York